IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-3190-WJM-MDB

ADRIANA VANCE, *et al.*,

    Plaintiffs,

v.

EL PASO BOARD OF COUNTY COMMISSIONERS, *et al.*,

    Defendants.

_____

**DEFENDANTS G.I.G., INC., CLUB Q, LLC, AND ACADEMY3430, LLC'S NOTICE OF JOINDER IN DEFENDANTS 3430 N. ACADEMY, LLC AND MATTHEW HAYNES'S REPLY IN SUPPORT OF MOTION TO DISMISS [ECF #87]**
_____

    Defendants G.I.G., Inc., Club Q, LLC, and Academy3430, LLC, by and through counsel, KLCS PC, hereby notice their joinder in Defendants 3430 N. Academy, LLC and Matthew Haynes's Reply in Support of Motion to Dismiss [ECF #87].

    Dated: May 28, 2025.

                                                */s/ Michael D. Kuhn*
                                                Michael D. Kuhn
                                                KLCS PC
                                                431 North Cascade Avenue, Suite 1
                                                Colorado Springs, CO 80903
                                                Telephone: (719) 215-8000
                                                Email:  mkuhn@klcs.law

                                                *Attorney for Defendants G.I.G.,*
                                                *Club Q LLC, and Academy3430*