IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-3190-WJM-MDB

ADRIANA VANCE, et al.,

    Plaintiffs,

v.

EL PASO BOARD OF COUNTY COMMISSIONERS, et al.,

    Defendants.

_____

### CERTIFICATE OF SERVICE OF ECF #88
_____

    I hereby certify that on this 28th day of May 2025, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS G.I.G., INC., CLUB Q, LLC, AND ACADEMY3430, LLC'S NOTICE OF JOINDER IN DEFENDANTS 3430 N. ACADEMY, LLC AND MATTHEW HAYNES'S REPLY IN SUPPORT OF MOTION TO DISMISS [ECF #87]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below email addresses. Additionally, I mailed a copy of the foregoing as specified below.

| | |
|---|---|
| Bradley T. Bufkin | Antonio M. Romanucci |
| Matthew L. Schneider | Patrick A. Huber |
| Bufkin & Schnider Law, LLC | Sarah M. Raisch |
| 2 N. Nevada, Suite 1140 | Romanucci & Bladin, LLC |
| Colorado Springs, CO 80903 | 321 N. Clark Street, Suite 900 |
| brad@bbmslaw.com | Chicago, IL 60654 |
| matthew@bbmslaw.com | aromanucci@rblaw.net |
| *Attorneys for Consolidated Plaintiff and Interested Party Barrett Hudson* | phuber@rblaw.net |
| | sraisch@rblaw.net |
| | *Attorneys for Vance Plaintiffs* |
| | |
| Nathan J. Whitney | Paul D. Godec |
| Bryan E. Schmid | Jonathan Abramson |
| El Paso County Government | 3900 East Mexico Avenue, Suite 700 |
| 200 S. Cascade Ave. | Denver, Colorado 80210 |
| Colorado Springs, CO 80903 | (303) 320-0509 |
| nathanwhitney@elpasoco.com | pgodec@sgrllc.com |

bryanschmid@elpasoco.com
*Attorneys for El Paso County Defendants*

Roberta J. Sunkin
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Bankruptcy Attorney for Defendant Nicholas Grzecka*

jabramson@sgrllc.com
*Attorneys for 3430 North Academy, LLC and Matthew Haynes*

**Via U.S. Mail, First-Class**
Nicholas Grzecka
4202 N. 28th St., Suite 14
Phoenix, AZ 85016
nicgrzecka@gmail.com
*Defendant Pro Se*

Respectfully submitted this 28th day of May, 2025.

/s/ Michael D. Kuhn
Michael D. Kuhn
Cameron L. Caldwell
KLCS PC
431 N Cascade Ave, Ste. 1,
Colorado Springs, CO 80903
Phone:    (719) 215-8000
Fax:      (719) 457-5366
Email: mkuhn@klcs.law
         ccaldwell@klcs.law

*Attorney for Defendants G.I.G., Club Q LLC, and Academy3430*