UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03190-WJM-MDB

ADRIANA VANCE as the natural mother of Raymond Green, deceased and as personal Representative of the Estate of Raymond Green a/k/a Raymond Alfredo Green, deceased, *et al,*

    Plaintiffs,

v.

EL PASO BOARD OF COUNTY COMMISSIONERS, *et al,*

    Defendants.

## PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT AS TO DEFENDANT ANDERSON ALDRICH

COMES NOW Plaintiff, Barrett Hudson, by and through his undersigned counsel, and hereby requests that the Clerk of Court enter a default against Defendant Anderson Aldrich, pursuant to Fed. R. Civ. P. 55(a) for failure to answer, plead, or otherwise defend in this action. In furtherance thereof, Plaintiff states as follows:

1) Plaintiff filed his Complaint on November 1, 2024. (ECF No. 1).

2) On February 24, 2025, Defendant Aldrich was served at Coleman Medium FCI 846 Northeast 54th Terrace, Coleman, FL 33521. (Please see Declaration in Support of Plaintiffs Request for Entry of Clerk's Default as to Defendant Anderson Aldrich, attached hereto as **Exhibit A**).

3) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant Anderson Aldrich had until January 10, 2025, to file an answer or otherwise respond.

4) To date, as reflected on the Court's public docket for this action, Defendant

1

Anderson Aldrich has not filed an answer or other pleading or otherwise defended in the case. Moreover, no attorney has entered an appearance on behalf of Defendant Anderson Aldrich.

5) Defendant Anderson Aldrich is not a minor, incompetent person, or in the military service.

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter a default against Anderson Aldrich.

Respectfully submitted this 11th day of June, 2025.

> */s/: Bradley T. Bufkin*
> Bradley T. Bufkin, # 33794
> Bufkin & Schneider Law, LLC
> 2 N. Nevada Ave, Suite 1140
> Colorado Springs, CO 80903
> (719) 247-3028
> brad@bbmslaw.com
>
> *Attorney for Plaintiff Hudson*

2

**CERTIFICATE OF SERVICE**

      I certify that on June 11, 2025, a copy of the foregoing document was served via the CM/ECF system upon the following:

Nathan J. Whitney, Esq.
Bryan E. Schmid, Esq.
200 S. Cascade Ave.
Colorado Spring, CO 80903
*Attorney for El Paso County Defendants*

Paul D. Godec, Esq.
Jonathan M. Abramson
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
*Attorneys for Defendants Matthew Haynes and 3430 N. Academy, LLC*

Cameron L. Caldwell
Michael D. Kuhn
KLCS PC
431 N. Cascade Ave., Suite 1
Colorado Springs, CO 80903
*Attorneys for Defendants Academy3430, LLC; Club Q LLC; G.I.G. Inc.*

Anderson Aldrich #95144-510
USP Coleman II
U.S. Penitentiary
PO Box 1034
Coleman, FL 33521

3