# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03190-WJM-MDB

ADRIANA VANCE as the natural mother of Raymond Green, deceased and as personal Representative of the Estate of Raymond Green a/ka Raymond Alfredo Green, deceased, *et al,*

   Plaintiffs,

v.

EL PASO BOARD OF COUNTY COMMISSIONERS, *et al,*

   Defendants.

### DECLARATION OF BRADLEY T. BUFKIN IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

   I, Bradley T. Bufkin declare as follows:

   1)  I am an attorney with the law firm of Bufkin & Schneider, LLC, counsel for Plaintiff Barrett Hudson in the above-captioned matter.

   2)   I am over the age of 18 and declare under penalty of perjury of the laws of the United States pursuant to 28 U.S.C § 1746 that the facts set forth in this Declaration are true and correct based on my personal knowledge, information, and belief. I make this Declaration in support of Plaintiff's Request for Entry of Clerk's Default as to Anderson Aldrich.

   3)  Plaintiff filed his Complaint on November 17, 2024. (ECF 1 in case 1:24-cv-03193-WJM-MDB).

   4)   Defendant Aldrich was served at Coleman Medium FCI 846 Northeast 54th Terrace, Coleman, FL 33521 on February 24, 2025. A proof of service was filed on February 5, 2025. (ECF 35 in case 1:24-cv-03193-WJM-MDB).

5) Defendant did not file an Answer or otherwise respond to the Complaint within the time allowed under Fed R. Civ. P. 12, nor has Defendant sought or obtained additional time within which to respond.

6) Defendant is not a minor, incompetent person, or in the military service.

Respectfully submitted this 11th day of June, 2025.

*/s/: Bradley T. Bufkin*
Bradley T. Bufkin, # 33794
Bufkin & Schneider Law, LLC
2 N. Nevada Ave, Suite 1140
Colorado Springs, CO 80903
(719) 247-3028
brad@bbmslaw.com

*Attorney for Plaintiff Hudson*

**CERTIFICATE OF SERVICE**

  I certify that on June 11, 2025, a copy of the foregoing document was served via the CM/ECF system upon the following:

Nathan J. Whitney, Esq.
Bryan E. Schmid, Esq.
200 S. Cascade Ave.
Colorado Spring, CO 80903
*Attorney for El Paso County Defendants*

Paul D. Godec, Esq.
Jonathan M. Abramson
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
*Attorneys for Defendants Matthew Haynes and 3430 N. Academy, LLC*

Cameron L. Caldwell
Michael D. Kuhn
KLCS PC
431 N. Cascade Ave., Suite 1
Colorado Springs, CO 80903
*Attorneys for Defendants Academy3430, LLC; Club Q LLC; G.I.G. Inc.*

Anderson Aldrich #95144-510
USP Coleman II
U.S. Penitentiary
PO Box 1034
Coleman, FL 33521