## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Adriana Vance as natural mother of Raymond
Green, deceased, and as Personal
Representative of the Estate of Raymond
Green a/k/a Raymond Alfredo Green,
deceased, *et al.*,

        Plaintiffs,

    v.

El Paso County Board of County
Commissioners, *et al.*,

        Defendants.

Case No.: 24-CV-3190-WJM-MDB

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs move this Court to enter a protective order under Rule 26 of the Federal Rules of Civil Procedure.  In support of this motion, Plaintiffs state:

1.      On May 29, 2025, this Court entered a Scheduling Order directing the Parties to submit a Joint Motion for Protective Order on or before June 30, 2025.

2.      Plaintiffs' counsel drafted the proposed protective order that is attached to this Motion as Exhibit A.  Plaintiffs' counsel sent a copy of this draft to Defendants' counsel via email on Wednesday, June 25, 2025, asking for their input.  Plaintiffs' counsel sent a follow-up email earlier today.

3.      Counsel for the El Paso County Defendants have indicated their agreement with the proposed protective order.  Counsel for the Club Q Defendants did not respond.

4.      Nevertheless, to comply with the Court-ordered deadline, Plaintiffs are filing their proposed protective order now.

1

5.      Good cause exists for entering the proposed order because, during disclosures and discovery in this matter, the Parties may exchange personal, confidential, or sensitive information concerning themselves or third parties with privacy interests.  Such information could include sensitive personal, medical, employment, or financial details.  Public disclosure of this material could harm the producing party, other parties, or affected third parties.

6.      The proposed order will enable the Parties to exchange discoverable material while protecting the confidentiality of non-public, sensitive information and preventing any potential harm from its disclosure.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed protective order that is attached hereto as Exhibit A.

Dated: June 30, 2025                    By:        */s/ Patrick A. Huber*


**ROMANUCCI & BLANDIN, LLC**

Antonio M. Romanucci[**]
Patrick A. Huber[*]
Sarah M. Raisch[*]
321 N. Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
aromanucci@rblaw.net
phuber@rblaw.net
sraisch@rblaw.net
[*]Admitted in D. Colorado
[**]Admission papers forthcoming


**BUFKIN & SCHNEIDER LAW, LLC**

Bradley T. Bufkin*
Matthew L. Schneider*
2 N. Nevada, Suite 1140
Colorado Springs, CO 80903
Phone: (719) 247—3028
brad@bbmslaw.com
matthew@bbmslaw.com
*Admitted in D. Colorado

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2025, I electronically filed a copy of the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing upon the

following individuals via e-mail:

| | |
|---|---|
| Nathan J. Whitney<br>Bryan E. Schmid<br>El Paso County Government<br>200 S. Cascade Ave.<br>Colorado Springs, CO 80903<br>(719) 520-6485 (Phone)<br>(719) 520-6487 (Fax)<br>nathanwhitney@elpasoco.com<br>bryanschmid@elpasoco.com | Cameron Lee Caldwell<br>Michael Dickson Kuhn<br>KLCS PC<br>431 North Cascade Avenue<br>Suite 1<br>Colorado Springs, CO 80903<br>(719) 215-8000 (Phone)<br>ccaldwell@klcs.law<br>mkuhn@klcs.law |
| *Attorneys for El Paso County Defendants* | *Attorneys for G.I.G, Inc., Academy3430, LLC, and Club Q, LLC* |

Paul D. Godec
Jonathan M. Abramson
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
pgodec@sgrllc.com
jambramson@sgrllc.com

*Attorneys for Defendants Matthew Haynes and 3430 N. Academy, LLC*

Additionally, I hereby certify that, on June 30, 2025, I served a copy of the foregoing via

e-mail upon the following:

Roberta J. Sunkin, Esq.
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
(602) 264-4550
anewdelman@adnlaw.net

*Attorney for Defendant Nicholas Grzecka*

 /s/ Patrick A. Huber

**ROMANUCCI & BLANDIN, LLC**

Patrick A. Huber
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
phuber@rblaw.net

*Attorneys for Plaintiffs*