**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-3190-WJM-MDB
Consolidated with Civil Action No. 1:24-cv-3193-WJM-MDB

ADRIANA VANCE, as natural mother of Raymond Greed, deceased, and as Personal Representative of the Estate of Raymond Green, *et al*.

    Plaintiffs,

v.

EL PASO COUNTY BOARD OF COUNTY OF COMMISSIONERS, *et al*.,

    Defendants.

_____

**DEFENDANTS G.I.G., INC, CLUB Q, LLC, AND ACADEMY3430 LLC'S RESPONSE TO MOTION FOR PROTECTIVE ORDER [ECF NO. 98]**
_____

Defendants G.I.G., Inc., Club Q, LLC, and Academy3430 LLC, through counsel, KLCS PC, and pursuant to this Court's Minute Order of July 1, 2025 [ECF No. 100], submit their Response to Plaintiffs' Motion for Protective Order [ECF No. 98] as follows:

1.    The undersigned received Plaintiffs' Motion for Protective Order at 4:31 p.m. on June 30, 2025. Six minutes later, at 4:37 p.m., the undersigned counsel emailed Plaintiffs' counsel inquiring about the conferral efforts. Counsel specifically stated:

> Patrick, Brad, and Matthew:
>
> I just reviewed your filing in which you represent that you conferred via email on June 25 and, again, today. I did not receive either email. Can you please forward me what you sent? I'm concerned that I did not receive either email and want to confirm that it is not on my end.
>
> Mike

2. Plaintiffs' counsel immediately responded and informed the undersigned that they inadvertently sent the conferral emails to the incorrect email address. The undersigned thus did not receive the conferral emails.

3. At 4:44 p.m. – 13 minutes after the motion was filed – undersigned responded to Plaintiffs' counsel stating that he has "[n]o objection to the proposed protective order."

4. Undersigned counsel reiterates: Defendants G.I.G., Inc., Club Q, LLC, and Academy3430 LLC have no objection to the entry of Plaintiffs' Proposed Protective Order.

DATED: July 1, 2025.

*/s/ Michael D. Kuhn*
Michael D. Kuhn
Cameron L. Caldwell
KLCS PC
431 N Cascade Ave, Ste. 1,
Colorado Springs, CO 80903
Phone:      (719) 215-8000
Fax:          (719) 457-5366
Email: mkuhn@klcs.law
            ccaldwell@klcs.law

*Attorney for Defendants G.I.G.,
Club Q LLC, and Academy3430*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2025, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS G.I.G., INC, CLUB Q, LLC, AND ACADEMY3430 LLC'S RESPONSE TO MOTION FOR PROTECTIVE ORDER [ECF NO. 98]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below email addresses. Additionally, I mailed a copy of the foregoing as specified below.

2

Bradley T. Bufkin
Matthew L. Schneider
Bufkin & Schnider Law, LLC
2 N. Nevada, Suite 1140
Colorado Springs, CO 80903
brad@bbmslaw.com
matthew@bbmslaw.com
*Attorneys for Consolidated Plaintiff and Interested Party Barrett Hudson*

Antonio M. Romanucci
Patrick A. Huber
Sarah M. Raisch
Romanucci & Bladin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
phuber@rblaw.net
sraisch@rblaw.net
*Attorneys for Vance Plaintiffs*

Nathan J. Whitney
Bryan E. Schmid
El Paso County Government
200 S. Cascade Ave.
Colorado Springs, CO 80903
nathanwhitney@elpasoco.com
bryanschmid@elpasoco.com
*Attorneys for El Paso County Defendants*

Paul D. Godec
Jonathan Abramson
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
pgodec@sgrllc.com
jabramson@sgrllc.com
*Attorneys for 3430 North Academy, LLC and Matthew Haynes*

Roberta J. Sunkin
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Bankruptcy Attorney for Defendant Nicholas Grzecka*

**Via U.S. Mail, First-Class**
Nicholas Grzecka
4202 N. 28th St., Suite 14
Phoenix, AZ 85016
nicgrzecka@gmail.com
*Defendant Pro Se*

Respectfully submitted this 1st day of July, 2025.

/s/ Michael D. Kuhn
Michael D. Kuhn
Cameron L. Caldwell
KLCS PC
431 N Cascade Ave, Ste. 1,
Colorado Springs, CO 80903
Phone:    (719) 215-8000
Fax:      (719) 457-5366
Email: mkuhn@klcs.law
         ccaldwell@klcs.law

*Attorney for Defendants G.I.G., Club Q LLC, and Academy3430*