**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-3190-WJM-MDB
Consolidated with Civil Action No. 1:24-cv-3193-WJM-MDB

ADRIANA VANCE, as natural mother of Raymond Greed, deceased, and as Personal Representative of the Estate of Raymond Green, *et al*.,

    Plaintiffs,

v.

EL PASO COUNTY BOARD OF COUNTY OF COMMISSIONERS, *et al*.,

    Defendants.
_____

**CLUB Q DEFENDANTS' STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINTS**
_____

    Defendants Club Q, LLC, G.I.G., Inc., and Academy3430 LLC ("Club Q Defendants"), by and through counsel, and pursuant to D.C.COLO.LCivR 6.1(a), hereby notify the Court that the parties have stipulated to a 14-day extension for Club Q Defendants to answer or otherwise responds to the complaints in this consolidated action. Club Q Defendants further notify the Court that Plaintiffs have no objection to the extension covering all the related Club Q entities and Matthew Haynes.

    Counsel for Club Q Defendants certifies that he will serve a copy of this stipulation on his client.

Respectfully submitted this 9th day of July, 2025.

                                                   <u>*/s/ Michael D. Kuhn*</u>
                                                   Michael D. Kuhn
                                                   Cameron L. Caldwell
                                                   KLCS PC
                                                   431 N Cascade Ave, Ste. 1,
                                                   Colorado Springs, CO 80903
                                                   Phone:  (719) 215-8000
                                                   Fax:      (719) 457-5366
                                                   Email: mkuhn@klcs.law
                                                                 ccaldwell@klcs.law

                                                   *Attorney for Defendants G.I.G.,*
                                                   *Club Q LLC, and Academy3430*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of July 2025, a correct copy of the above and foregoing was served on the the following:

Bradley T. Bufkin
Matthew L. Schneider
Bufkin & Schnider Law, LLC
2 N. Nevada, Suite 1140
Colorado Springs, CO 80903
brad@bbmslaw.com
matthew@bbmslaw.com
*Attorneys for Consolidated Plaintiff and Interested Party Barrett Hudson*

Nathan J. Whitney
Bryan E. Schmid
El Paso County Government
200 S. Cascade Ave.
Colorado Springs, CO 80903
nathanwhitney@elpasoco.com
bryanschmid@elpasoco.com
*Attorneys for El Paso County Defendants*

Roberta J. Sunkin
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Bankruptcy Attorney for Defendant Nicholas Grzecka*

Antonio M. Romanucci
Patrick A. Huber
Sarah M. Raisch
Romanucci & Bladin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
phuber@rblaw.net
sraisch@rblaw.net
*Attorneys for Vance Plaintiffs*

Paul D. Godec
Jonathan Abramson
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
pgodec@sgrllc.com
jabramson@sgrllc.com
*Attorneys for 3430 North Academy, LLC and Matthew Haynes*

**Via U.S. Mail, First-Class**
Nicholas Grzecka
4202 N. 28th St., Suite 14
Phoenix, AZ 85016
nicgrzecka@gmail.com
*Defendant Pro Se*

                                        */s/ Kamryn N. Bohlken*
                                        Kamryn N. Bohlken