# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03190-WJM-MDB
*Consolidated with Civil Action No. 1:24-cv-03193-WJM-MBD*

ADRIANA VANCE, for deceased on behalf of Raymond Green,
TANYA BEAL, for deceased on behalf of Kelly Loving,
JULIA RUMP, for deceased on behalf of Derrick Rump,
JOHN ARCEDIANO,
JANCARLOS DEL VALLE,
ASHTIN GAMBLIN,
JERECHO LOVEALL,
ANTHONY MALBURG,
CHARLENE SLAUGH,
JAMES SLAUGH, and
BRIANNA WINNINGHAM,

    Plaintiffs,

v.

EL PASO COUNTY BOARD OF COMMISSIONERS,
BILL ELDER, Sheriff of El Paso County Sheriff's Office,
G.I.G, Inc. d/b/a Club Q,
CLUB Q, LLC d/b/a Club Q,
3430 N. ACADEMY, LLC,
ACADEMY3430, LLC,
MATTHEW HAYNES,
KENNETH ROMINES, and
NICHOLAS GRZECKA,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [112] Order Declining Supplemental Jurisdiction Over Remaining State Law Claims and Dismissing the Action entered by United States District Judge William J. Martínez on July 31, 2025, it is

ORDERED that the [29] and [56] operative complaints are DISMISSED without prejudice. It is further

ORDERED that all part shall bear their own costs and attorney's fees. It is further

ORDERED that this action be terminated.

This case is closed.

DATED July 31, 2025, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____
H. Guerra, Deputy Clerk