**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-3190-WJM-MDB
Consolidated with Civil Action No. 1:24-cv-3193-WJM-MDB

ADRIANA VANCE, as natural mother of Raymond Greed, deceased, and as Personal Representative of the Estate of Raymond Green, *et al*.,

    Plaintiffs,

v.

EL PASO COUNTY BOARD OF COUNTY OF COMMISSIONERS, *et al*.,

    Defendants.
_____

**NOTICE OF APPEAL FROM FINAL JUDGMENT**
_____

    Defendants Club Q, LLC, G.I.G., Inc., Matthew Haynes, 3430 N. Academy LLC, and Academy3430 LLC appeal to the United States Court of Appeals for the Tenth Circuit from the Court's Order Declining Supplemental Jurisdiction over Remaining State Law Claims and Dismissing the Action [ECF 112] and final judgment [ECF 113], both entered on July 31, 2025.

    Respectfully submitted this 26th day of August, 2025.

                                               */s/ Michael D. Kuhn*
                                               Michael D. Kuhn
                                               KLCS PC
                                               431 N Cascade Ave, Ste. 1,
                                               Colorado Springs, CO 80903
                                               Phone:  (719) 215-8000
                                               Fax:     (719) 457-5366
                                               Email:   mkuhn@klcs.law

                                               *Attorneys for Defendants Club Q, LLC, G.I.G., Inc., Matthew Haynes, 3430 N. Academy LLC, and Academy3430 LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of August 2025, a correct copy of the above and foregoing was served on the following:

Bradley T. Bufkin
Matthew L. Schneider
Bufkin & Schnider Law, LLC
2 N. Nevada, Suite 1140
Colorado Springs, CO 80903
brad@bbmslaw.com
matthew@bbmslaw.com
*Attorneys for Consolidated Plaintiff and Interested Party Barrett Hudson*

Nathan J. Whitney
Bryan E. Schmid
El Paso County Government
200 S. Cascade Ave.
Colorado Springs, CO 80903
nathanwhitney@elpasoco.com
bryanschmid@elpasoco.com
*Attorneys for El Paso County Defendants*

Roberta J. Sunkin
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Bankruptcy Attorney for Defendant Nicholas Grzecka*

Antonio M. Romanucci
Patrick A. Huber
Sarah M. Raisch
Romanucci & Bladin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
phuber@rblaw.net
sraisch@rblaw.net
*Attorneys for Vance Plaintiffs*

Paul D. Godec
Jonathan Abramson
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
pgodec@sgrllc.com
jabramson@sgrllc.com
*Attorneys for 3430 North Academy, LLC and Matthew Haynes*

**Via U.S. Mail, First-Class**
Nicholas Grzecka
4202 N. 28th St., Suite 14
Phoenix, AZ 85016
nicgrzecka@gmail.com
*Defendant Pro Se*

                                        /s/ Kamryn N. Bohlken