UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Adriana Vance, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> El Paso Board of County Commissioners, *et al.*, <br><br> Defendants. | Case No.: 24-CV-3190-WJM-MDB <br><br> *Consolidated with Civil Action No. 24-CV-3193-WJM-MDB* <br><br> Judge William J. Martinez |

## NOTICE OF APPEAL

Plaintiffs Adriana Vance as the natural mother—and as the Personal Representative of the Estate—of Raymond Green (deceased), Tanya Beal as the natural mother—and as the Personal Representative of the Estate—of Kelly Loving (deceased), Julia Rump as the natural mother—and as the Personal Representative of the Estate—of Derrick Rump (deceased), John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, James Slaugh, and Brianna Winningham appeal to the United States Court of Appeals for the Tenth Circuit from the Court's Final Judgment dated July 31, 2025 (ECF No. 113), along with any other orders or judgments that are now subject to review on appeal.

Plaintiffs further state that in filing this notice of appeal, they intend to bring up for review all previous rulings and orders that led up to or served as a predicate for those orders and judgments to the extent permitted by law.

1

Dated: August 26, 2025 By:    */s/ Patrick A. Huber*

**ROMANUCCI & BLANDIN, LLC**

Antonio M. Romanucci[**]
Patrick A. Huber[*]
Sarah M. Raisch[*]
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
aromanucci@rblaw.net
phuber@rblaw.net
sraisch@rblaw.net
[*]Admitted in D. Colorado
[**]Admission papers forthcoming

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 26, 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing upon the following individuals via e-mail:

Nathan J. Whitney
Bryan E. Schmid
El Paso County Government
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Phone)
(719) 520-6487 (Fax)
nathanwhitney@elpasoco.com
bryanschmid@elpasoco.com

*Attorneys for El Paso County Defendants*

Cameron Lee Caldwell
Michael Dickson Kuhn
KLCS PC
431 North Cascade Avenue
Suite 1
Colorado Springs, CO 80903
(719) 215-8000 (Phone)
ccaldwell@klcs.law
mkuhn@klcs.law

*Attorneys for G.I.G, Inc., Academy3430, LLC, and Club Q, LLC*

Paul D. Godec
Jonathan M. Abramson
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
pgodec@sgrllc.com
jambramson@sgrllc.com

*Attorneys for Defendants Matthew Haynes and 3430 N. Academy, LLC*

Additionally, I hereby certify that, on August 26, 2025, I served a copy of the foregoing via e-mail upon the following:

Roberta J. Sunkin, Esq.
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
(602) 264-4550
anewdelman@adnlaw.net

*Attorney for Defendant Nicholas Grzecka*

       /s/ Patrick A. Huber

**ROMANUCCI & BLANDIN, LLC**

Patrick A. Huber
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
phuber@rblaw.net

*Attorneys for Plaintiffs*

4