APPEAL,JD4,LEAD,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:24–cv–03190–WJM–MDB</u>

| | |
|---|---|
| Vance et al v. El Paso County Board of Commissioners et al | Date Filed: 11/17/2024 |
| Assigned to: Judge William J. Martinez | Date Terminated: 07/31/2025 |
| Referred to: Magistrate Judge Maritza Dominguez Braswell | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**<u>Plaintiff</u>**

**Adriana Vance**
*for deceased*
*on behalf of*
Raymond Green

represented by **Sarah Marie Raisch**
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
312–458–1000
Fax: 312–458–1004
Email: <u>sraisch@rblaw.net</u>
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
312–458–1000
Email: <u>phuber@rblaw.net</u>
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Tanya Beal**
*for deceased*
*on behalf of*
Kelly Loving

represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Julia Rump**
*for deceased*
*on behalf of*
Derrick Rump

represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

1

**John Arcediano**  represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**Jancarlos Del Valle**  represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**Ashtin Gamblin**  represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**Jerecho Loveall**  represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**Anthony Malburg**  represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

Plaintiff

**Charlene Slaugh**  represented by **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Slaugh**                          represented by   **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brianna Winningham**                    represented by   **Sarah Marie Raisch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Alan Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Barrett Hudson**                        represented by   **Bradley T. Bufkin**
Bufkin & Schneider Law LLC
2 North Nevada Avenue
Suite 1140
Colorado Springs, CO 80903
719–247–3028
Email: brad@bbmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lee Schneider**
Matthew L. Schneider Law Firm
2 N. Nevada Ave.
Suite 1140
Colorado Springs, CO 80903
719–640–2420
Email: matthew@bbmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Anderson Lee Aldrich**

**Interested Party**

**Barrett Hudson**                         represented by   **Bradley T. Bufkin**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**El Paso County Board of**                 represented by   **Bryan E. Schmid**
**Commissioners**                                           El Paso County Attorney's Office
                                                            200 South Cascade Avenue
                                                            Suite 150
                                                            Colorado Springs, CO 80903
                                                            719–520–7032
                                                            Fax: 719–520–6487
                                                            Email: bryanschmid@elpasoco.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathan James Whitney**
                                                            El Paso County Attorney's Office
                                                            200 South Cascade Avenue
                                                            Suite 150
                                                            Colorado Springs, CO 80903
                                                            719–520–6597
                                                            Fax: 719–520–6487
                                                            Email: nathanwhitney@elpasoco.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Elder**                              represented by   **Bryan E. Schmid**
*Sheriff of El Paso County Sheriff's Office;*               (See above for address)
*Official Capacity*                                         *ATTORNEY TO BE NOTICED*

                                                            **Nathan James Whitney**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Bill (I) Elder**                          represented by   **Bryan E. Schmid**
*Individual Capacity;*                                      (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathan James Whitney**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**G.I.G, Inc.**                             represented by   **Cameron Lee Caldwell**
*doing business as*                                         KLCS PC
Club Q                                                      431 North Cascade Avenue
                                                            Suite 1
                                                            Colorado Springs, CO 80903

719−215−8000
Email: ccaldwell@klcs.law
*ATTORNEY TO BE NOTICED*

**Michael Dickson Kuhn**
KLCS PC
431 North Cascade Avenue
Suite 1
Colorado Springs, CO 80903
719−215−8000
Email: mkuhn@klcs.law
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Club Q, LLC**<br>*doing business as*<br>Club Q | represented by | **Cameron Lee Caldwell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Dickson Kuhn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **3430 N. Academy, LLC** | represented by | **Jonathan Marshall Abramson**<br>SGR, LLC<br>3900 East Mexico Avenue<br>Suite 700<br>Denver, CO 80210<br>303−320−0509<br>Fax: 303−327−8601<br>Email: jabramson@sgrllc.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Paul David Godec**<br>SGR, LLC<br>3900 East Mexico Avenue<br>Suite 700<br>Denver, CO 80210<br>303−320−0509<br>Email: pgodec@sgrllc.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Academy3430, LLC** | represented by | **Cameron Lee Caldwell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Dickson Kuhn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Matthew Haynes**                    represented by  **Jonathan Marshall Abramson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul David Godec**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Romines**

**Defendant**

**Nicholas Grzecka**                   represented by  **Nicholas Grzecka**
*[E–filer effective 2/11/2025]*                       4202 N. 28th St
                                                      Ste 14
                                                      Phoenix, AZ 85016
                                                      719–413–0773
                                                      Email: nicgrzecka@gmail.com
                                                      PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2024 | 1 | COMPLAINT against All Defendants (Filing fee $ 405,Receipt Number ACODC–9989057)Attorney Patrick Alan Huber added to party James Slaugh(pty:pla), Attorney Patrick Alan Huber added to party Brianna Winningham(pty:pla), Attorney Patrick Alan Huber added to party Adriana Vance(pty:pla), Attorney Patrick Alan Huber added to party Tanya Beal(pty:pla), Attorney Patrick Alan Huber added to party Julia Rump(pty:pla), Attorney Patrick Alan Huber added to party John Arcediano(pty:pla), Attorney Patrick Alan Huber added to party Jancarlos Del Valle(pty:pla), Attorney Patrick Alan Huber added to party Ashtin Gamblin(pty:pla), Attorney Patrick Alan Huber added to party Jerecho Loveall(pty:pla), Attorney Patrick Alan Huber added to party Anthony Malburg(pty:pla), Attorney Patrick Alan Huber added to party Charlene Slaugh(pty:pla), filed by Brianna Winningham, Jerecho Loveall, Tanya Beal, Adriana Vance, Ashtin Gamblin, Julia Rump, Charlene Slaugh, Anthony Malburg, John Arcediano, James Slaugh, Jancarlos Del Valle. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit A – RC Red Flag Petition and ERPO, # 3 Exhibit B – BoCC Resolution, No. 19–76, # 4 Exhibit C – El Paso County Sheriff's Office Red Flag Statement, # 5 Exhibit D – Criminal Case Records from Case No. 21CR3485)(Huber, Patrick) (Entered: 11/17/2024) |
| 11/18/2024 | 2 | AMENDED COMPLAINT against All Defendants, filed by Brianna Winningham, Jerecho Loveall, Tanya Beal, Adriana Vance, Ashtin Gamblin, Julia Rump, Charlene Slaugh, Anthony Malburg, John Arcediano, James Slaugh, Jancarlos Del Valle. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit A – RC Red Flag Petition and ERPO, # 3 Exhibit B – BoCC Resolution, No. 19–76, # 4 Exhibit C – El Paso County Sheriff's Office Red Flag Statement, # 5 Exhibit D – Criminal Case Records from Case No. 21CR3485)(Huber, Patrick) (Entered: 11/18/2024) |

6

| 11/18/2024 | 3 | Case assigned to Magistrate Judge Maritza Dominguez Braswell. Text Only Entry. (sadhi, ) (Entered: 11/18/2024) |
|---|---|---|
| 11/18/2024 | 4 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (sadhi, ) (Entered: 11/18/2024) |
| 11/19/2024 | 5 | NOTICE of Entry of Appearance *Yes* by Sarah Marie Raisch on behalf of All Plaintiffs Attorney Sarah Marie Raisch added to party James Slaugh(pty:pla), Attorney Sarah Marie Raisch added to party Brianna Winningham(pty:pla), Attorney Sarah Marie Raisch added to party Adriana Vance(pty:pla), Attorney Sarah Marie Raisch added to party Tanya Beal(pty:pla), Attorney Sarah Marie Raisch added to party Julia Rump(pty:pla), Attorney Sarah Marie Raisch added to party John Arcediano(pty:pla), Attorney Sarah Marie Raisch added to party Jancarlos Del Valle(pty:pla), Attorney Sarah Marie Raisch added to party Ashtin Gamblin(pty:pla), Attorney Sarah Marie Raisch added to party Jerecho Loveall(pty:pla), Attorney Sarah Marie Raisch added to party Anthony Malburg(pty:pla), Attorney Sarah Marie Raisch added to party Charlene Slaugh(pty:pla) (Raisch, Sarah) (Entered: 11/19/2024) |
| 11/21/2024 | 6 | WAIVER OF SERVICE Returned Executed by Brianna Winningham, Jerecho Loveall, Tanya Beal, Adriana Vance, Ashtin Gamblin, Julia Rump, Charlene Slaugh, Anthony Malburg, John Arcediano, James Slaugh, Jancarlos Del Valle. El Paso County Board of Commissioners waiver sent on 11/20/2024, answer due 1/21/2025. (Huber, Patrick) (Entered: 11/21/2024) |
| 11/21/2024 | 7 | WAIVER OF SERVICE Returned Executed by Brianna Winningham, Jerecho Loveall, Tanya Beal, Adriana Vance, Ashtin Gamblin, Julia Rump, Charlene Slaugh, Anthony Malburg, John Arcediano, James Slaugh, Jancarlos Del Valle. Bill Elder waiver sent on 11/20/2024, answer due 1/21/2025; Bill (I) Elder waiver sent on 11/20/2024, answer due 1/21/2025. (Huber, Patrick) (Entered: 11/21/2024) |
| 11/25/2024 | 8 | ORDER SETTING INITIAL CASE DEADLINES. Consent Form due by 1/15/2025. Proposed Scheduling Order due 1/15/2025. By Magistrate Judge Maritza Dominguez Braswell on 11/25/2024. (evaug) (Entered: 11/25/2024) |
| 11/26/2024 | 9 | NOTICE of Entry of Appearance by Nathan James Whitney on behalf of El Paso County Board of Commissioners, Bill Elder, Bill (I) ElderAttorney Nathan James Whitney added to party El Paso County Board of Commissioners(pty:dft), Attorney Nathan James Whitney added to party Bill Elder (pty:dft), Attorney Nathan James Whitney added to party Bill (I) Elder(pty:dft) (Whitney, Nathan) (Entered: 11/26/2024) |
| 11/26/2024 | 10 | NOTICE of Entry of Appearance by Bryan E. Schmid on behalf of El Paso County Board of Commissioners, Bill Elder, Bill (I) ElderAttorney Bryan E. Schmid added to party El Paso County Board of Commissioners(pty:dft), Attorney Bryan E. Schmid added to party Bill Elder (pty:dft), Attorney Bryan E. Schmid added to party Bill (I) Elder(pty:dft) (Schmid, Bryan) (Entered: 11/26/2024) |
| 12/02/2024 | 11 | SUMMONS REQUEST as to 3430 N. Academy, LLC ; Academy3430, LLC; Club Q, LLC d/b/a Club Q ; G.I.G., Inc. d/b/a Club Q ; Kenneth Romines; Matthew Haynes; Nicholas Grzecka by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Huber, Patrick) (Entered: 12/02/2024) |

| 12/09/2024 | 12 | Administrative Notice: re: 11 Summons Request. No compliance with deficiency. This summons request will not be issued due to incorrect case caption. Et al does not substitute for all parties needed to be listed on summons. Please review case to see the correct parties on case. (Text Only Entry) (dgumb, ) (Entered: 12/09/2024) |
| --- | --- | --- |
| 12/09/2024 | 13 | SUMMONS REQUEST as to 3430 N. Academy, LLC; Academy3430, LLC; Club Q, LLC d/b/a Club Q; G.I.G., Inc. d/b/a Club Q; Nicholas Grzecka; Matthew Haynes; Kenneth A. Romines by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Raisch, Sarah) (Entered: 12/09/2024) |
| 12/10/2024 | 14 | SUMMONS issued by Clerk. (dgumb, ) (Entered: 12/10/2024) |
| 01/13/2025 | 15 | SUMMONS Returned Executed by All Plaintiffs. 3430 N. Academy, LLC served on 12/20/2024, answer due 1/10/2025; Academy3430, LLC served on 12/20/2024, answer due 1/10/2025; Club Q, LLC served on 12/20/2024, answer due 1/10/2025; G.I.G, Inc. served on 12/20/2024, answer due 1/10/2025; Matthew Haynes served on 12/20/2024, answer due 1/10/2025; Kenneth Romines served on 12/27/2024, answer due 1/17/2025. (Raisch, Sarah) (Entered: 01/13/2025) |
| 01/13/2025 | 16 | STIPULATION for Extension of Time *to File Responsive Pleading* by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Godec, Paul) (Entered: 01/13/2025) |
| 01/14/2025 | 17 | MINUTE ORDER: In light of the 16 Stipulation for Enlargement of Time to File a Responsive Pleading, the deadline for Defendants 3430 and Haynes to file a responsive pleading is extended to February 3, 2025. By Magistrate Judge Maritza Dominguez Braswell on 1/14/2025. Text Only Entry (mdblc5) (Entered: 01/14/2025) |
| 01/14/2025 | 18 | Unopposed MOTION for Leave to File Excess Pages by Defendants El Paso County Board of Commissioners, Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 01/14/2025) |
| 01/14/2025 | 19 | Unopposed MOTION to Vacate *Initial Case Deadlines* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Raisch, Sarah) (Entered: 01/14/2025) |
| 01/15/2025 | 20 | MINUTE ORDER: 18 El Paso County Defendants' Unopposed Motion for Leave to File Excess Pages is GRANTED. The El Paso County Defendants' Motion to Dismiss shall not exceed thirty (30) pages. Plaintiffs' 19 Unopposed Motion to Vacate Initial Case Deadlines is also GRANTED. The Consent Form and Proposed Scheduling Order deadline is hereby VACATED, to be reset at a later time. By Magistrate Judge Maritza Dominguez Braswell on 1/15/2025. Text Only Entry (mdblc5) (Entered: 01/15/2025) |
| 01/17/2025 | 21 | MOTION for Entry of Default as to *Academy3430, LLC* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Attachments: # 1 Exhibit Raisch Decl.)(Raisch, Sarah) (Entered: 01/17/2025) |
| 01/17/2025 | 22 | MOTION for Entry of Default as to *Club Q, LLC* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. |

| | | (Attachments: # 1 Raisch Decl.)(Raisch, Sarah) (Entered: 01/17/2025) |
|---|---|---|
| 01/17/2025 | 23 | MOTION for Entry of Default as to *G.I.G., Inc.* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Attachments: # 1 Raisch Decl.)(Raisch, Sarah) (Entered: 01/17/2025) |
| 01/17/2025 | 24 | STIPULATION *of Dismissal as to Plaintiffs' State Law Claims Against the El Paso County Defendants* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Raisch, Sarah) (Entered: 01/17/2025) |
| 01/21/2025 | 25 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendants El Paso County Board of Commissioners, Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 01/21/2025) |
| 01/24/2025 | 26 | MINUTE ORDER: Plaintiffs intend to voluntarily dismiss the state law claims brought against the El Paso County Defendants. (*See* ECF 24 .) To voluntarily dismiss fewer than all claims against a defendant, "the proper procedure is for a plaintiff to amend the complaint pursuant to Federal Rule of Civil Procedure 15." *Hawkinson v. Obrien*, 2020 WL 3619557, at *3 (D. Colo. July 2, 2020); *see Gobbo Farms & Orchards v. Poole Chemical Co.*, 81 F.3d 122 (10th Cir. 1996). Accordingly, Plaintiffs are directed to file an amended complaint, including the necessary changes, on or before January 31, 2025. By Magistrate Judge Maritza Dominguez Braswell on 1/24/2025. Text Only Entry (mdblc1) (Entered: 01/24/2025) |
| 01/24/2025 | 27 | NOTICE of Entry of Appearance by Jonathan Marshall Abramson on behalf of 3430 N. Academy, LLC, Matthew HaynesAttorney Jonathan Marshall Abramson added to party 3430 N. Academy, LLC(pty:dft), Attorney Jonathan Marshall Abramson added to party Matthew Haynes(pty:dft) (Abramson, Jonathan) (Entered: 01/24/2025) |
| 01/28/2025 | 28 | NOTICE of Entry of Appearance by Michael Dickson Kuhn on behalf of G.I.G, Inc., Club Q, LLC, Academy3430, LLCAttorney Michael Dickson Kuhn added to party G.I.G, Inc.(pty:dft), Attorney Michael Dickson Kuhn added to party Club Q, LLC(pty:dft), Attorney Michael Dickson Kuhn added to party Academy3430, LLC(pty:dft) (Kuhn, Michael) (Entered: 01/28/2025) |
| 01/31/2025 | 29 | Second AMENDED COMPLAINT *AND JURY DEMAND* against All Defendants, filed by Brianna Winningham, Jerecho Loveall, Tanya Beal, Adriana Vance, Ashtin Gamblin, Julia Rump, Charlene Slaugh, Anthony Malburg, John Arcediano, James Slaugh, Jancarlos Del Valle. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Huber, Patrick) Modified on 2/10/2025 to add text per chambers (angar, ). (Entered: 01/31/2025) |
| 02/02/2025 | 30 | MINUTE ORDER: The 29 Amended Complaint is accepted as filed and, accordingly, the El Paso County Defendants' 25 Motion to Dismiss is found to be moot without prejudice to re–filing. By Magistrate Judge Maritza Dominguez Braswell on 2/2/2025. Text Only Entry(mdblc1) (Entered: 02/02/2025) |
| 02/11/2025 | 31 | NOTICE OF PRO SE E–FILING PRIVILEGES: Defendant, Nicholas Grzecka, sought and received e–filing privileges on 2/11/2025. No contact information for this party was available on the docket prior to the request for e–filing privileges. The following contact information has therefore been imported from PACER: mailing address 4202 N. 28th St., Ste 14, Phoenix, AZ, 85016 ; phone number 719–413–0773 |

| | | ; email address nicgrzecka@gmail.com. All further service will be effectuated electronically via CM/ECF to the email address of record. (Text Only Entry) (lrobe, ) (Entered: 02/11/2025) |
|---|---|---|
| 02/11/2025 | 32 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)* by Defendants El Paso County Board of Commissioners, Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 02/11/2025) |
| 02/11/2025 | 33 | SUMMONS Returned Executed by All Plaintiffs. Nicholas Grzecka served on 1/27/2025, answer due 2/18/2025. (Huber, Patrick) (Entered: 02/11/2025) |
| 02/14/2025 | 34 | MOTION to Dismiss by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Godec, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | 35 | MOTION for Leave to *Join Defendants 3430 N. Academy, LLC and Matthew Haynes's Motion to Dismiss [ECF #39] or, in the alternative, Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* 34 MOTION to Dismiss by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC. (Kuhn, Michael) (Entered: 02/14/2025) |
| 02/18/2025 | 36 | MINUTE ORDER: A Pre–Scheduling Conference is **set for March 3, 2025, at 11:00 AM** before Magistrate Judge Maritza Dominguez Braswell. The Conference will be conducted by video using the attached instructions. By Magistrate Judge Maritza Dominguez Braswell on 2/18/2025. Text Only Entry (mdblc1) (Entered: 02/18/2025) |
| 02/24/2025 | 37 | NOTICE of Entry of Appearance by Cameron Lee Caldwell on behalf of G.I.G., Inc., Club Q, LLC, Academy3430, LLCAttorney Cameron Lee Caldwell added to party G.I.G., Inc.(pty:dft), Attorney Cameron Lee Caldwell added to party Club Q, LLC(pty:dft), Attorney Cameron Lee Caldwell added to party Academy3430, LLC(pty:dft) (Caldwell, Cameron) (Entered: 02/24/2025) |
| 02/27/2025 | 38 | Unopposed MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)* by Plaintiff Adriana Vance. (Huber, Patrick) (Entered: 02/27/2025) |
| 02/28/2025 | 39 | MINUTE ORDER granting 38 Plaintiffs' Unopposed Motion for Extension of Time to Respond to El Paso County Defendants' Motion to Dismiss. The deadline for Plaintiffs to respond to 32 El Paso County Defendants' Motion to Dismiss is extended to April 18, 2025. By Magistrate Judge Maritza Dominguez Braswell on 2/28/2025. Text Only Entry (mdblc5) (Entered: 02/28/2025) |
| 03/03/2025 | 43 | COURTROOM MINUTES for Pre–Scheduling Conference held on 3/3/2025 (contemporaneously with 24–cv–03193–MDB) before Magistrate Judge Maritza Dominguez Braswell: The Motions for Entry of Default at 21 , 22 , and 23 are MOOT. Consent Form and Notice of Intent regarding consolidating this matter with 24–cv–03193–MDB shall be submitted on or before 3/10/2025. County defendants' motion(s) requesting a stay is due on or before 3/7/2025. All other defendants may request to join in the county's motion or file their own combined motion on or before 3/12/2025. Response(s) are due on or before 3/26/2025 and the plaintiffs shall strive to file one combined response to all motions to stay. No replies permitted. To the extent a deadline has been set for filing a proposed scheduling order, the deadline is VACATED at this time, to be reset after the forthcoming motions to stay are resolved. FTR: Courtroom 101. (evaug) (Entered: 03/05/2025) |
| 03/04/2025 | 40 | |

|  |  | Unopposed MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Huber, Patrick) (Entered: 03/04/2025) |
|---|---|---|
| 03/04/2025 | 41 | Unopposed MOTION for Extension of Time to File Response/Reply as to 35 MOTION for Leave to *Join Defendants 3430 N. Academy, LLC and Matthew Haynes's Motion to Dismiss [ECF #39] or, in the alternative, Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* 34 MOTION to Dismiss by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Huber, Patrick) (Entered: 03/04/2025) |
| 03/05/2025 | 42 | MINUTE ORDER granting 40 Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and 41 Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Leave or, in the Alternative, for Dismissal. The deadline for Plaintiffs to respond to Defendants' Motions at ECF 34 and 35 is extended to April 21, 2025. By Magistrate Judge Maritza Dominguez Braswell on 3/5/2025. Text Only Entry (mdblc5) (Entered: 03/05/2025) |
| 03/07/2025 | 44 | MOTION to Stay *Discovery* by Defendants Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 03/07/2025) |
| 03/10/2025 | 45 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh All parties do not consent.. (Huber, Patrick) (Entered: 03/10/2025) |
| 03/10/2025 | 46 | MOTION to Consolidate Cases by Interested Party Barrett Hudson. (Bufkin, Bradley) (Entered: 03/10/2025) |
| 03/10/2025 | 47 | MOTION to Consolidate Cases by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh. (Huber, Patrick) (Entered: 03/10/2025) |
| 03/11/2025 | 48 | CASE REASSIGNED. Pursuant to 45 Consent to Jurisdiction of Magistrate Judge. This case is randomly reassigned to Judge Robert E. Blackburn and drawn to Magistrate Judge Maritza Dominguez Braswell. All parties do not consent. All future pleadings should be designated as **24–cv–3190–REB** (Text Only Entry) (angar, ) (Entered: 03/11/2025) |
| 03/12/2025 | 49 | MEMORANDUM RETURNING CASE. Case randomly reassigned to Judge Nina Y. Wang for all further proceedings. Judge Robert E. Blackburn is no longer assigned to case. (norlin, ) (Entered: 03/12/2025) |
| 03/12/2025 | 50 | Joint MOTION to Stay *Discovery* by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Abramson, Jonathan) (Entered: 03/12/2025) |
| 03/17/2025 | 51 | ORDER REFERRING CASE: This case is referred to Magistrate Judge Maritza Dominguez Braswell for **non–dispositive matters**. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference |

| | | |
|---|---|---|
| | | under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, and (3) hear and determine pretrial matters, including discovery and other non–dispositive motions. Court–sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the request of the Parties by motion, this Court may direct the Parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Alternatively, the Magistrate Judge, at her discretion, may convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. **Counsel for the Parties and all counsel who may later enter an appearance shall review and familiarize themselves with the undersigned's Practice Standards, as well as the Practice Standards of the assigned Magistrate Judge.** By Judge Nina Y. Wang on 3/17/2025. Text Only Entry (nywlc7, ) (Entered: 03/17/2025) |
| 03/17/2025 | 52 | MEMORANDUM regarding 44 MOTION to Stay *Discovery*, 50 Joint MOTION to Stay *Discovery*. Motions referred to Magistrate Judge Maritza Dominguez Braswell. By Judge Nina Y. Wang on 03/17/2025. Text Only Entry (nywlc7, ) (Entered: 03/17/2025) |
| 03/18/2025 | 53 | ORDER REASSIGNING CASE: In accordance with D.C.COLO.LCivR 40.1(a), and with the approval of the Chief Judge and the consent of Judge Martinez, it is ORDERED that the Clerk of Court shall transfer this case to Judge Martinez. All future pleadings shall be designated as 24–cv–03190–WJM–MDB. By Judge Nina Y. Wang on 03/18/2025. Text Only Entry (nywlc2, ) (Entered: 03/18/2025) |
| 03/18/2025 | 54 | CASE REASSIGNED. Pursuant to 53 Order Reassigning Case. All future pleadings should be designated as 24–cv–3190–WJM–MDB. (Text Only Entry) (dgumb, ) (Entered: 03/18/2025) |
| 03/19/2025 | 55 | ORDER Consolidating Cases. The Motions (ECF Nos. 46 and 47 ) are GRANTED. In accordance with the Court's inherent power to control its docket, and in accordance with Federal Rule of Civil Procedure 42(a), Civil Action No. 24–cv–3193–WJM–MDB is CONSOLIDATED into the above–captioned action. The Clerk shall re–docket ECF Nos. 33, 37, 39, 40, 49, 55, and 56 from Civil Action No. 24–cv–3193–WJM–MDB onto the above–captioned docket. SO ORDERED by Judge William J. Martinez on 3/19/2025.(angar, ) (Entered: 03/19/2025) |
| 03/19/2025 | 56 | First AMENDED COMPLAINT and Jury Demand against 3430 N. Academy, LLC, Academy3430, LLC, Club Q, LLC, El Paso County Board of Commissioners, Bill (I) Elder, G.I.G, Inc., Nicholas Grzecka, Matthew Haynes, Kenneth Romines, Anderson Lee Aldrich, filed by Barrett Hudson. (refiled pursuant to 55 Order) (angar, ) (Entered: 03/19/2025) |
| 03/19/2025 | 57 | El Paso County Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), by Defendant El Paso County Board of Commissioners. ((refiled pursuant to 55 Order) (angar, ) (Entered: 03/19/2025) |
| 03/19/2025 | 58 | MOTION to Dismiss, by Defendants 3430 N. Academy, LLC, Matthew Haynes. (refiled pursuant to 55 Order) (angar, ) (Entered: 03/19/2025) |
| 03/19/2025 | 59 | Defendants G.I.G., Inc., Club Q, LLC, and Academy3430, LLC's Motion for Leave to Join Defendants 3430 N. Academy, LLC and Matthew Haynes's Motion to |

| | | |
|---|---|---|
| | | Dismiss [ECF #39] or, in the Alternative, for Dismissal Pursuant to Fed. R. Civ. P. 12(B)(6) by Defendants G.I.G, Inc., Club Q, LLC. (angar, ) (Entered: 03/19/2025) |
| 03/19/2025 | 60 | Defendant Bill Elder's Motion to Stay Discovery, by Defendant Bill Elder.(refiled pursuant to 55 Order) (angar, ) (Entered: 03/19/2025) |
| 03/19/2025 | 61 | Joint MOTION to Stay Discovery by Defendants 3430 N. Academy, LLC, Matthew Haynes, by Defendants 3430 N. Academy, LLC, Matthew Haynes. (refiled pursuant to [ 55 Order ) (angar, ) (Entered: 03/21/2025) |
| 03/19/2025 | 62 | DUPLICATE Joint MOTION to Stay Discovery by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Abramson, Jonathan) Modified on 3/19/2025 to show as duplicate to 55 in the consolidated case 24−cv−3193−WJM−MDB (refiled in lead case pursuant to 55 Order) (angar, ) (Entered: 03/21/2025) |
| 03/26/2025 | 63 | RESPONSE to 60 MOTION to Stay, 61 MOTION to Stay filed by Consol Plaintiff Barrett Hudson. (Bufkin, Bradley) (Entered: 03/26/2025) |
| 03/27/2025 | 64 | MEMORANDUM regarding 60 MOTION to Stay filed by Bill Elder, 61 MOTION to Stay filed by 3430 N. Academy, LLC, Matthew Haynes. Motions referred to Magistrate Judge Maritza Dominguez Braswell by Judge William J. Martinez on 3/27/2025. Text Only Entry (wjmja, ) (Entered: 03/27/2025) |
| 04/09/2025 | 65 | MINUTE ORDER: A Motion Hearing to address the Motions to Stay (ECF 44 , 50 , 60 , 61 ) is **set for May 7, 2025, at 10:00 AM** before Magistrate Judge Maritza Dominguez Braswell. The Hearing will be conducted by video using the attached instructions. By Magistrate Judge Maritza Dominguez Braswell on 4/9/2025. Text Only Entry (mdblc1) (Entered: 04/09/2025) |
| 04/09/2025 | 66 | Unopposed MOTION for Leave to File Excess Pages *In Response to El Paso County Defendants' Motion to Dismiss* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Huber, Patrick) (Entered: 04/09/2025) |
| 04/10/2025 | 67 | ORDER granting the Plaintiffs' Unopposed Motion for Leave to File Excess Pages in Response to El Paso County Defendants' Motion to Dismiss 66 . The Plaintiffs' Motion is GRANTED for good cause shown. The Plaintiffs' are granted leave to file their Response to the El Paso County Defendants' Motion to Dismiss not to exceed 30 pages, exclusive of attorney signature blocks and certificate of service. SO ORDERED by Judge William J. Martinez on 4/10/2025. Text Only Entry(wjmja, ) (Entered: 04/10/2025) |
| 04/15/2025 | 68 | MOTION for Leave to *File An Omnibus Response to Defendants' Matthew Haynes, 3430 N. Academy, LLC, G.I.G., Inc., Club Q, LLC, and Academy3430's Motions to Dismiss and Motion for Excess Pages* 35 MOTION for Leave to *Join Defendants 3430 N. Academy, LLC and Matthew Haynes's Motion to Dismiss [ECF #39] or, in the alternative, Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* 34 MOTION to Dismiss , 34 MOTION to Dismiss by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Raisch, Sarah) (Entered: 04/15/2025) |
| 04/15/2025 | 69 | ORDER granting the Plaintiffs' Motion for Leave to File An Omnibus Response to Defendants' Matthew Haynes, 3430 N. Academy, LLC, G.I.G., Inc., Club Q, LLC, |

| | | |
|---|---|---|
| | | and Academy3430's Motions to Dismiss and Motion for Excess Pages <u>68</u> . Plaintiffs' Motion is GRANTED for good cause shown. Plaintiffs are granted leave to file their Omnibus Response in opposition to Defendants' Motions to Dismiss (ECF No. 34 and ECF No. 35) not to exceed **25 pages**, exclusive of attorney signature blocks and certificate of service. Said Omnibus Response shall be due no later than **April 21, 2025**. SO ORDERED by Judge William J. Martinez on 4/15/2025. Text Only Entry(wjmja, ) (Entered: 04/15/2025) |
| 04/18/2025 | <u>70</u> | **"STRICKEN"** – RESPONSE to <u>32</u> MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)*, <u>57</u> MOTION to Dismiss filed by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Huber, Patrick) Modified on 4/21/2025 to Strike per 71 Order (dgumb, ). (Entered: 04/18/2025) |
| 04/18/2025 | 71 | ORDER striking Plaintiffs' Response in Opposition to El Paso County Defendants' Motion to Dismiss <u>70</u> . Plaintiffs' Response is STRICKEN for failure to comply with this Court's Revised Practice Standard III.C.1. This Court's Revised Practice Standard III.C.1 states that the page limits for "ALL OTHER motions... Motion and Response [shall be]: 15 pages; Reply: 10 pages". While Plaintiffs have been granted leave to file an omnibus response to the Motions to Dismiss filed at ECF Nos. 34 and 35 of no more than <u>25 pages</u> by no later than **April 21, 2025**, no such leave has been sought by Plaintiffs or granted by this Court with respect to the Motions to Dismiss filed at ECF Nos. 32 and 57. SO ORDERED by Judge William J. Martinez on 4/18/2025. Text Only Entry (wjmja, ) (Entered: 04/18/2025) |
| 04/18/2025 | <u>72</u> | MOTION for Reconsideration re 71 Order,,, by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Huber, Patrick) (Entered: 04/18/2025) |
| 04/21/2025 | 73 | ORDER granting the Plaintiffs' Motion for Reconsideration of Order Striking Response in Opposition to El Paso County Defendants' Motion to Dismiss <u>72</u> . Plaintiffs' Motion is GRANTED for good cause shown. Plaintiffs are granted leave to file their Response in opposition to Defendants' Motions to Dismiss (ECF No. 32 and ECF No. 57) not to exceed **25 pages**, exclusive of attorney signature blocks and certificate of service. Said Response shall be due no later than **April 25, 2025**. SO ORDERED by Judge William J. Martinez on 4/21/2025. Text Only Entry(wjmja, ) (Entered: 04/21/2025) |
| 04/21/2025 | <u>74</u> | RESPONSE to <u>58</u> MOTION to Dismiss, <u>59</u> MOTION for Leave to, <u>35</u> MOTION for Leave to *Join Defendants 3430 N. Academy, LLC and Matthew Haynes's Motion to Dismiss [ECF #39] or, in the alternative, Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)* <u>34</u> MOTION to Dismiss , <u>34</u> MOTION to Dismiss filed by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Raisch, Sarah) (Entered: 04/21/2025) |
| 04/24/2025 | <u>75</u> | RESPONSE to <u>32</u> MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)*, <u>57</u> MOTION to Dismiss filed by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Huber, Patrick) (Entered: 04/24/2025) |

| 05/02/2025 | 76 | MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Godec, Paul) (Entered: 05/02/2025) |
|---|---|---|
| 05/02/2025 | 77 | ORDER granting 76 Defendants Matthew Haynes and Academy3430, LLC's Motion for Extension of Time to File Reply as to Motion to Dismiss [ECF No. 58]. Defendants Matthew Haynes and Academy3430, LLC are granted leave, for good cause shown, to file their Reply in support of their Motion to Dismiss on or before **May 19, 2025**. SO ORDERED by Judge William J. Martinez on 5/2/2025. Text Only Entry(wjmja, ) (Entered: 05/02/2025) |
| 05/06/2025 | 78 | Unopposed MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)*, 57 MOTION to Dismiss by Defendants El Paso County Board of Commissioners, Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 05/06/2025) |
| 05/07/2025 | 79 | ORDER denying El Paso County Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss 78 . Defendant's Motion is DENIED without prejudice to refiling given Defendant's counsel's failure to serve a copy of the Motion on their clients, as required by D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standard II.D.2. The Court requires that the **certificate of service** specifically confirm that service has been made upon moving counsel's client(s) and, if appropriate, identifies the individual who has received service of the motion on behalf of any party which is not a natural person. SO ORDERED by Judge William J. Martinez on 5/7/2025. Text Only Entry(wjmja, ) (Entered: 05/07/2025) |
| 05/07/2025 | 80 | Unopposed MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)*, 57 MOTION to Dismiss by Defendants El Paso County Board of Commissioners, Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 05/07/2025) |
| 05/07/2025 | 82 | COURTROOM MINUTES for Motion Hearing held on 5/7/2025 before Magistrate Judge Maritza Dominguez Braswell: The county defendants motion at ECF No. 60 is GRANTED and a STAY is imposed until the pending dismissal motion is resolved. Defendants 3430 N Academy, LLC and Matthew Haynes' motion at ECF No. 61 is DENIED. Proposed Scheduling Order due 5/23/2025. FTR: Courtroom 101. (evaug ) (Entered: 05/12/2025) |
| 05/08/2025 | 81 | ORDER granting 80 El Paso County Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss [ECF No. 32 and 57]. El Paso County Defendants' are granted leave, for good cause shown, to file said Reply on or before **May 15, 2025**. SO ORDERED by Judge William J. Martinez on 5/8/2025. Text Only Entry(wjmja, ) (Entered: 05/08/2025) |
| 05/15/2025 | 83 | REPLY to Response to 32 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)*, 57 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Defendants El Paso County Board of Commissioners, Bill Elder, Bill (I) Elder. (Whitney, Nathan) (Entered: 05/15/2025) |
| 05/16/2025 | 84 | Unopposed MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Godec, Paul) (Entered: 05/16/2025) |
| 05/16/2025 | 85 | ORDER granting 84 Defendants Matthew Haynes and Academy3430, LLC's Unopposed Second Motion for Extension of Time to File Reply as to Motion to |

| | | |
|---|---|---|
| | | Dismiss [ECF No. 58]. Defendants Matthew Haynes and Academy3430, LLC are granted leave, for good cause shown, to file their Reply in support of their Motion to Dismiss on or before **May 26, 2025**. NO FURTHER EXTENSION IF THIS FILING DEADLINE WILL BE GRANTED. SO ORDERED by Judge William J. Martinez on 5/16/2025. Text Only Entry(wjmja, ) (Entered: 05/16/2025) |
| 05/23/2025 | 86 | Proposed Scheduling Order by Consol Plaintiff Barrett Hudson. (Bufkin, Bradley) (Entered: 05/23/2025) |
| 05/27/2025 | 87 | REPLY to Response to 34 MOTION to Dismiss filed by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Godec, Paul) (Entered: 05/27/2025) |
| 05/28/2025 | 88 | NOTICE re 87 Reply to Response to Motion *Joinder by Defendants G.I.G. Inc., Club Q, LLC, and Academy3430 LLC* by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC (Kuhn, Michael) (Entered: 05/28/2025) |
| 05/28/2025 | 89 | CERTIFICATE of Mailing/Service re 88 Notice (Other) by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC. (Kuhn, Michael) (Entered: 05/28/2025) |
| 05/29/2025 | 90 | SCHEDULING ORDER/ADDENDUM TO SCHEDULING ORDER: Joint Motion for Protective Order due on or before 6/30/2025. Joint Motion to Approve Deposition Protocol due on or before 8/15/2025. Discovery due by 7/17/2026. Dispositive Motions due by 9/12/2026. Proposed Final Pretrial Order due by 11/30/2026. Video Final Pretrial Conference set for 12/7/2026 10:00 AM before Magistrate Judge Maritza Dominguez Braswell (participant instructions attached). By Magistrate Judge Maritza Dominguez Braswell on 5/29/2025. (Attachments: # 1 Addendum to Scheduling Order, # 2 VTC Instructions) (evaug ) (Entered: 05/29/2025) |
| 05/30/2025 | 91 | NOTICE *of Filing Bankruptcy* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson (Bufkin, Bradley) (Entered: 05/30/2025) |
| 06/10/2025 | 92 | MOTION to Clarify re 90 Scheduling Order,, by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Raisch, Sarah) (Entered: 06/10/2025) |
| 06/10/2025 | 93 | MEMORANDUM regarding 92 MOTION to Clarify re 90 Scheduling Order,, filed by James Slaugh, John Arcediano, Anthony Malburg, Brianna Winningham, Jancarlos Del Valle, Charlene Slaugh, Adriana Vance, Barrett Hudson, Tanya Beal, Julia Rump, Jerecho Loveall, Ashtin Gamblin. Motion referred to Magistrate Judge Maritza Dominguez Braswell by Judge William J. Martinez on 6/10/2025. Text Only Entry (wjmja, ) (Entered: 06/10/2025) |
| 06/11/2025 | 94 | MOTION for Entry of Default as to *Defendant Anderson Aldrich* by Consol Plaintiff Barrett Hudson. (Attachments: # 1 Affidavit)(Bufkin, Bradley) (Entered: 06/11/2025) |
| 06/11/2025 | 95 | Clerk's ENTRY OF DEFAULT as to Anderson Lee Aldrich re 94 MOTION for Entry of Default, by Clerk. Text Only Entry. (jrobe, ) (Entered: 06/11/2025) |
| 06/16/2025 | 96 | MINUTE ORDER: The Court GRANTS Plaintiffs' 92 Motion for Clarification of Court's Addendum to Scheduling Order, and clarifies that the limitations imposed in the Scheduling Order are intended to be all–encompassing. However, now that Plaintiffs appear to have developed a specific written discovery plan and represent to the Court their intent to serve up to 21 identical interrogatories on each of the seven |

| | | |
|---|---|---|
| | | non–County Defendants, and 27 identical requests for production on each of the seven non–County Defendants, the Court modifies the limitations set forth in the Scheduling Order as follows: Plaintiffs are permitted to serve up to 21 identical interrogatories and 27 identical requests for production on each of the non–County defendants. In addition to those identical requests, Plaintiffs may serve up to 13 individualized interrogatories on one or several non–County Defendants, and 3 individualized requests for production on one or several non–County Defendants. No request may be duplicative of another. For clarity, this means Plaintiffs are permitted to serve a total of 160 interrogatories across all Defendants, and a total of 192 RFPs across all Defendants. And while this is a significant increase from the original 60 and 40, the majority of these requests will be identical across all Defendants, which significantly reduces the burden on defense counsel and on Defendants. Thus, the Court finds these new limitations reasonable and appropriate. By Magistrate Judge Maritza Dominguez Braswell on 6/16/2025. Text Only Entry (mdblc5) (Entered: 06/16/2025) |
| 06/26/2025 | 97 | ORDER GRANTING IN PART AND DENYING IN PART LANDOWNERS' MOTION TO DISMISS. The Court ORDERS as follows: 1. Defendants G.I.G., Inc., Club Q, LLC, and Academy 3430, LLC's motion for leave (ECF Nos. 35 , 59 ) to join 3430 N. Academy, LLC and Haynes's motion to dismiss is GRANTED; and 2. Defendants' motion to dismiss (ECF Nos. 34 , 58 ) is GRANTED as to the CPLA claim but DENIED as to the negligence and wrongful death claims. SO ORDERED by Judge William J. Martinez on 06/26/2025.(jrobe, ) (Entered: 06/26/2025) |
| 06/30/2025 | 98 | MOTION for Protective Order by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Attachments: # 1 Proposed Order (PDF Only) Exhibit A)(Huber, Patrick) (Entered: 06/30/2025) |
| 06/30/2025 | 99 | MEMORANDUM regarding 98 MOTION for Protective Order filed by James Slaugh, John Arcediano, Anthony Malburg, Brianna Winningham, Jancarlos Del Valle, Charlene Slaugh, Adriana Vance, Barrett Hudson, Tanya Beal, Julia Rump, Jerecho Loveall, Ashtin Gamblin. Motion referred to Magistrate Judge Maritza Dominguez Braswell by Judge William J. Martinez on 6/30/2025. Text Only Entry (wjmja, ) (Entered: 06/30/2025) |
| 07/01/2025 | 100 | MINUTE ORDER: The Club Q Defendants are directed to file a Response to Plaintiffs' 98 Motion for Protective Order on or before **July 11, 2025**. In their Response, the Club Q Defendants shall indicate whether they agree with the proposed protective order and explain why they have not engaged with Plaintiffs' conferral efforts. *See* D.C.COLO.LCivR 7.1; *see also* ECF 90 at 10 (directing parties to file a joint motion for protective order). By Magistrate Judge Maritza Dominguez Braswell on 7/1/2025. Text Only Entry (mdblc5) (Entered: 07/01/2025) |
| 07/01/2025 | 101 | RESPONSE to 98 MOTION for Protective Order filed by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC. (Kuhn, Michael) (Entered: 07/01/2025) |
| 07/02/2025 | 102 | RESPONSE to 98 MOTION for Protective Order filed by Defendants 3430 N. Academy, LLC, Matthew Haynes. (Godec, Paul) (Entered: 07/02/2025) |
| 07/03/2025 | 103 | ORDER granting 98 Motion for Protective Order by Magistrate Judge Maritza Dominguez Braswell on 7/3/2025. Text Only Entry(evaug) (Entered: 07/03/2025) |
| 07/03/2025 | 104 | |

| | | PROTECTIVE ORDER by Magistrate Judge Maritza Dominguez Braswell on 7/3/2025. (evaug) (Entered: 07/03/2025) |
|---|---|---|
| 07/07/2025 | 105 | ORDER GRANTING GOVERNMENT DEFENDANTS' MOTION TO DISMISS (ECF Nos. 32 , 57 ) SO ORDERED by Judge William J. Martinez on 07/07/2025.(jrobe, ) (Entered: 07/07/2025) |
| 07/09/2025 | 106 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendants Academy3430, LLC, G.I.G, Inc., Club Q, LLC. Academy3430, LLC answer due 7/24/2025; G.I.G, Inc. answer due 7/24/2025; Club Q, LLC answer due 7/24/2025. (Kuhn, Michael) (Entered: 07/09/2025) |
| 07/16/2025 | 107 | MOTION for Order to *Decline Supplemental Jurisdiction* by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Huber, Patrick) (Entered: 07/16/2025) |
| 07/16/2025 | 108 | MOTION to Dismiss for Lack of Jurisdiction by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC. (Attachments: # 1 Exhibit A)(Kuhn, Michael) (Entered: 07/16/2025) |
| 07/19/2025 | 109 | RESPONSE to 107 MOTION for Order to *Decline Supplemental Jurisdiction* filed by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC. (Kuhn, Michael) (Entered: 07/19/2025) |
| 07/22/2025 | 110 | RESPONSE to 108 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh, Consol Plaintiff Barrett Hudson. (Huber, Patrick) (Entered: 07/22/2025) |
| 07/22/2025 | 111 | REPLY to Response to 108 MOTION to Dismiss for Lack of Jurisdiction filed by Defendants G.I.G, Inc., Club Q, LLC, Academy3430, LLC. (Kuhn, Michael) (Entered: 07/22/2025) |
| 07/31/2025 | 112 | ORDER DECLINING SUPPLEMENTAL JURISDICTION OVER REMAINING STATE LAW CLAIMS AND DISMISSING THE ACTION: granting Plaintiffs' 107 Motion; Granting in part and denying in part Defendants' 108 Motion; Dismissing the 29 and 56 operative complaints without prejudice. Entered by Judge William J. Martinez on 7/31/2025. (hguer) (Entered: 07/31/2025) |
| 07/31/2025 | 113 | FINAL JUDGMENT pursuant to the 112 Order Declining Supplemental Jurisdiction Over Remaining State Law Claims and Dismissing the Action. Entered by Clerk on 7/31/2025. (hguer) (Entered: 07/31/2025) |
| 08/03/2025 | 114 | TRANSCRIPT of Motion Hearing held on May 7 2025 before Magistrate Judge Braswell. Pages: 1–30. **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court's public terminal or purchased through the |

| | | Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Patterson Transcription Company, ) (Entered: 08/03/2025) |
|---|---|---|
| 08/26/2025 | 115 | NOTICE OF APPEAL as to 112 Order on Motion for Order,, Order on Motion to Dismiss/Lack of Jurisdiction, 113 Judgment by Defendants G.I.G, Inc., Club Q, LLC, 3430 N. Academy, LLC, Academy3430, LLC, Matthew Haynes (Filing fee $ 605, Receipt Number ACODC–10517662) (Kuhn, Michael) (Entered: 08/26/2025) |
| 08/26/2025 | 116 | NOTICE OF APPEAL as to 113 Judgment by Plaintiffs James Slaugh, Brianna Winningham, Adriana Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin, Jerecho Loveall, Anthony Malburg, Charlene Slaugh (Filing fee $ 605, Receipt Number ACODC–10519076) (Huber, Patrick) (Entered: 08/26/2025) |
| 08/26/2025 | 117 | NOTICE OF APPEAL as to 113 Judgment by Consol Plaintiff Barrett Hudson (Filing fee $ 605, Receipt Number ACODC–10519231) (Schneider, Matthew) (Entered: 08/26/2025) |
| 08/27/2025 | 118 | NOTICE OF APPEAL as to 112 Order on Motion for Order,, Order on Motion to Dismiss/Lack of Jurisdiction, 113 Judgment by Defendants G.I.G, Inc., Club Q, LLC, 3430 N. Academy, LLC, Academy3430, LLC, Matthew Haynes (Filing fee $ 605, Receipt Number ACODC–10519927) (Kuhn, Michael) (Entered: 08/27/2025) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 24-cv-3190-WJM-MDB
*Consolidated with Civil Action No. 1:24-cv-3193-WJM-MDB*

ADRIANA VANCE,
BARRETT HUDSON,
TANYA BEAL,
JULIA RUMP,
JOHN ARCEDIANO,
JANCARLOS DEL VALLE,
ASHTIN GAMBLIN
JERECHO LOVEALL,
ANTHONY MALBURG,
CHARLENE SLAUGH,
JAMES SLAUGH,
BRIANNA WASHINGTON

       Plaintiffs,

v.

EL PASO COUNTY OF COMMISSIONERS,
BILL ELDER,
G.I.G., INC.,
CLUB Q, LLC,
3430 N. ACADEMY, LLC,
MATTHEW HAYNES,
KENNETH ROMINES,
NICHOLAS GRZECKA

       Defendants.

---

**ORDER DECLINING SUPPLEMENTAL JURISDICTION OVER**
**REMAINING STATE LAW CLAIMS AND DISMISSING THE ACTION**

---

Before the Court are Plaintiffs James Slaugh, Brianna Winningham, Adriana

Vance, Tanya Beal, Julia Rump, John Arcediano, Jancarlos Del Valle, Ashtin Gamblin,

Jerecho Loveall, Anthony Malburg, and Charlene Slaugh's ("Plaintiffs") motion to

decline supplemental jurisdiction over their remaining state law claims and Defendants

G.I.G., Inc. d/b/a Club Q, Club Q, LLC d/b/a Club Q, 3430 N. Academy, LLC,

Academy6430, LLC, and Matthew Haynes's (collectively, "Defendants") motion to

dismiss for lack of supplemental jurisdiction ("Motion" or "Motions").  (ECF Nos. 107,

108.)  For the following reasons, the Court grants the Motions to the extent they ask the

Court to decline supplemental jurisdiction over the remaining state law claims.

In June 2025, the Court dismissed Plaintiffs' Colorado Premises Liability Act

claim against Defendants, leaving intact their negligence and wrongful death claims.

(ECF No. 97.)  In July 2025, the Court dismissed Plaintiffs' state created danger claims

against Defendants Board of County Commissioners of El Paso County, Colorado and

former El Paso County Sheriff Bill Elder.  (ECF No. 105.)  Hence, all that remains in this

lawsuit are Plaintiffs' negligence and wrongful death claims against Defendants.

The parties now ask the Court to dismiss those state law claims but under

different legal theories.  Plaintiffs "move the Court to exercise its discretion and decline

supplemental jurisdiction over the remaining negligence and wrongful death claims

remaining after the dismissal of all federal causes of action, and to dismiss those claims

without prejudice so that they may be re-filed in the courts of Colorado."  (ECF No. 107

at 1.)  Defendants also move the Court to dismiss the state law claims but for a different

reason: They submit that the Court never had supplemental jurisdiction over the

negligence and wrongful death claims in the first place because they do not share a

common nucleus of operative fact with the state created danger claims.  (ECF No. 108.)

Accordingly, Defendants ask the Court to dismiss the action with prejudice under Fed.

R. Civ. P. 12(b)(1).  (*Id.*)  Defendants alternatively argue that "the Court should decline

to exercise supplemental jurisdiction now that it has dismissed the claims over which it had original jurisdiction."  (*Id.* at 13.)

Defendants' argument regarding the lack of supplemental jurisdiction may have merit.[1]  Yet the Court need not stake out a position on this issue to resolve the Motions. The parties agree that, even assuming that supplemental jurisdiction exists, the Court should nonetheless decline to exercise it given its dismissal of the federal claims in this case.  The Court will therefore assume, for purposes of ruling on the Motions, that it has supplemental jurisdiction over the outstanding negligence and wrongful death claims, but it will decline to exercise it since no federal law claim remains.  *See Koch v. City of Del City*, 660 F.3d 1228, 1248 (10th Cir. 2011) ("When all federal claims have been dismissed, the court may, and usually should, decline to exercise jurisdiction over any remaining state claims.") (citation omitted).

Consequently, the Court ORDERS as follows:

1.    Plaintiffs' Motion is GRANTED (ECF No. 107);

2.    Defendants' Motion is GRANTED to the extent it asks the Court to decline supplemental jurisdiction but is DENIED in all other respects (ECF No. 108);

3.    The operative complaints (ECF Nos. 29, 56) are DISMISSED without prejudice;

4.    All parties shall bear their own costs and attorney's fees; and

5.    The Clerk shall TERMINATE these consolidated cases.

---

[1] The Court questions why Defendants did not raise this argument in their original motion to dismiss.

Dated this 31st day of July, 2025.

BY THE COURT:

William J. Martinez
Senior United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03190-WJM-MDB
*Consolidated with Civil Action No. 1:24-cv-03193-WJM-MBD*

ADRIANA VANCE, for deceased on behalf of Raymond Green,
TANYA BEAL, for deceased on behalf of Kelly Loving,
JULIA RUMP, for deceased on behalf of Derrick Rump,
JOHN ARCEDIANO,
JANCARLOS DEL VALLE,
ASHTIN GAMBLIN,
JERECHO LOVEALL,
ANTHONY MALBURG,
CHARLENE SLAUGH,
JAMES SLAUGH, and
BRIANNA WINNINGHAM,

       Plaintiffs,

v.

EL PASO COUNTY BOARD OF COMMISSIONERS,
BILL ELDER, Sheriff of El Paso County Sheriff's Office,
G.I.G, Inc. d/b/a Club Q,
CLUB Q, LLC d/b/a Club Q,
3430 N. ACADEMY, LLC,
ACADEMY3430, LLC,
MATTHEW HAYNES,
KENNETH ROMINES, and
NICHOLAS GRZECKA,

       Defendants.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [112] Order Declining Supplemental Jurisdiction Over Remaining State Law Claims and Dismissing the Action entered by United States District Judge William J. Martínez on July 31, 2025, it is

ORDERED that the [29] and [56] operative complaints are DISMISSED without prejudice. It is further

ORDERED that all part shall bear their own costs and attorney's fees. It is further

ORDERED that this action be terminated.

This case is closed.

DATED July 31, 2025, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: H. Guerra, Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-3190-WJM-MDB
Consolidated with Civil Action No. 1:24-cv-3193-WJM-MDB

ADRIANA VANCE, as natural mother of Raymond Greed, deceased, and as Personal Representative of the Estate of Raymond Green, *et al.*,

     Plaintiffs,

v.

EL PASO COUNTY BOARD OF COUNTY OF COMMISSIONERS, *et al.*,

     Defendants.

_____

**NOTICE OF APPEAL FROM FINAL JUDGMENT**
_____

     Defendants Club Q, LLC, G.I.G., Inc., Matthew Haynes, 3430 N. Academy LLC, and Academy3430 LLC appeal to the United States Court of Appeals for the Tenth Circuit from the Court's Order Declining Supplemental Jurisdiction over Remaining State Law Claims and Dismissing the Action [ECF 112] and final judgment [ECF 113], both entered on July 31, 2025.

     Respectfully submitted this 26th day of August, 2025.

                           */s/ Michael D. Kuhn*
                           Michael D. Kuhn
                           KLCS PC
                           431 N Cascade Ave, Ste. 1,
                           Colorado Springs, CO 80903
                           Phone:  (719) 215-8000
                           Fax:      (719) 457-5366
                           Email:   mkuhn@klcs.law

                           *Attorneys for Defendants Club Q, LLC, G.I.G., Inc., Matthew Haynes, 3430 N. Academy LLC, and Academy3430 LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2025, a correct copy of the above and foregoing was served on the following:

Bradley T. Bufkin
Matthew L. Schneider
Bufkin & Schnider Law, LLC
2 N. Nevada, Suite 1140
Colorado Springs, CO 80903
brad@bbmslaw.com
matthew@bbmslaw.com
*Attorneys for Consolidated Plaintiff and Interested Party Barrett Hudson*

Nathan J. Whitney
Bryan E. Schmid
El Paso County Government
200 S. Cascade Ave.
Colorado Springs, CO 80903
nathanwhitney@elpasoco.com
bryanschmid@elpasoco.com
*Attorneys for El Paso County Defendants*

Roberta J. Sunkin
Allan D. NewDelman, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Bankruptcy Attorney for Defendant Nicholas Grzecka*

Antonio M. Romanucci
Patrick A. Huber
Sarah M. Raisch
Romanucci & Bladin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
phuber@rblaw.net
sraisch@rblaw.net
*Attorneys for Vance Plaintiffs*

Paul D. Godec
Jonathan Abramson
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
pgodec@sgrllc.com
jabramson@sgrllc.com
*Attorneys for 3430 North Academy, LLC and Matthew Haynes*

**Via U.S. Mail, First-Class**
Nicholas Grzecka
4202 N. 28th St., Suite 14
Phoenix, AZ 85016
nicgrzecka@gmail.com
*Defendant Pro Se*

*/s/ Kamryn N. Bohlken*

2